**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR384** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARKUS SHANNON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline set out in ¶ 6 of the Order on Sentencing Schedule (Filing No. 116).

IT IS ORDERED:

1. The Defendant's motion to extend the deadline set out in ¶ 6 of the Order on Sentencing Schedule (Filing No. 116) is granted; and

2. The deadline in ¶ 6 of the Order on Sentencing Schedule is changed to July 12, 2007.

DATED this 6th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge