**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR384** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MARKUS SHANNON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the sentencing hearing (Filing No. 123).

The Court will consider the November 2007 change in the guidelines in sentencing the Defendant. Any additional cooperation may be addressed through a motion made pursuant to Federal Rule of Criminal Procedure 35.

IT IS ORDERED that the Defendant's motion to continue the sentencing hearing (Filing No. 123) is denied.

DATED this 16th day of July, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge