UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR384 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JAMES HOWARD, | ) | |
| WILLIE GUNTER, | ) | |
| WILLIAM GUNTER, | ) | |
| MARKUS SHANNON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 163). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On July 25, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1), 853, Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the Defendants' pleas of guilty to Counts I, II, III, IV and VI of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $399.00, $54.00, $548.00, a .44 caliber revolver, a Lorcin 9mm semi-automatic handgun and a 7.62mm Chinese made SKS assault rifle, was forfeited to the United States.

2. On August 9, 16 and 23, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their

right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on September 21, 2007 (Filing No. 162).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $399.00, $54.00, $548.00, a .44 caliber revolver, a Lorcin 9mm semi-automatic handgun and a 7.62mm Chinese made SKS assault rifle, held by any person or entity, is hereby forever barred and foreclosed.

C. The $399.00, $54.00, $548.00, a .44 caliber revolver, a Lorcin 9mm semi-automatic handgun and a 7.62mm Chinese made SKS assault rifle, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 25th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge