IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:06CR384 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| MARKUS SHANNON, | |
| Defendant. | |

Defendant Markus Shannon appeared before the court on October 16, 2015 on a Petition for Warrant for Offender Under Supervision [295]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock and the United States was represented by Assistant U.S. Attorney Douglas J. Amen. The government moved for detention. A detention hearing was held. The government's motion for detention is denied, therefore, the Defendant is not entitled to a preliminary examination. The defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 10, 2015 at 11:30 a.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 16th day of October, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge