IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:06CR384 |
| Plaintiff, | |
| vs. | ORDER |
| MARKUS SHANNON, | |
| Defendant. | |

Defendant Marcus Shannon appeared before the court on Wednesday, February 8, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [321]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Matt E. Lierman. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision with an additional no contact condition.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp. .

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 23, 2017 at 11:00 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 2nd day of February, 2017

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge